No. 95–5401.  BAXTER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–5403.  GALINDO *v.* INGLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–5404.  WILLIAMS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–5405.  TRAVIS *v.* UNITED STATES ET AL.  C. A. 9th Cir. Certiorari denied.

No. 95–5406.  ZUCKERMAN *v.* RYAN.  C. A. 3d Cir.  Certiorari denied.

No. 95–5408.  CURIALE *v.* ALASKA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 95–5409.  BURCHILL *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 95–5412.  JACKSON *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 95–5413.  CARTER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–5414.  BOUTERS *v.* FLORIDA; and KOSHEL *v.* FLORIDA. Sup. Ct. Fla.  Certiorari denied.

No. 95–5416.  MURPHY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–5417.  LARETTE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 95–5418.  RAY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 95–5421.  TELLIO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5422.  WANLESS *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 95–5423.  JONES *v.* OHIO.  Ct. App. Ohio, Franklin County. Certiorari denied.